EDMUND K. STALLO, Appellant, *v.* ARTHUR H. JONES, Respondent.

*Stallo* v. *Jones*, 153 App. Div. 900, appeal dismissed.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term in an action to vacate a judgment.

The motion was made upon the grounds that the questions involved were academic and could result in no effectual judgment and that the appeal was frivolous.

*Benjamin Trapnell* for motion.

*Charles Haldane* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the appeal is frivolous.